IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:10-CV-36-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **DEFAULT JUDGMENT** |
| $45,935.00 IN U. S. CURRENCY, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owner of the defendant and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendant were duly seized by the United States Marshal Service pursuant to said process;

2. Claimant Ziad Abdeldayem filed a claim and verified answer on August 25, 2010;

3. On March 18, 2011, the Court entered an Order granting the Plaintiff's Motion to Compel Discovery Responses. The claimant was given twenty (20) days from the entry of the March 18, 2011 Order, that is, April 6, 2011, to respond to the plaintiff's discovery requests, which consisted of both

interrogatories and requests for production of documents. No responses have been received. Accordingly, on motion by the Government, on ___June 2___, 2011 the claim and answer were stricken, and default was entered;

    4. No other entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

    5. The well-plead allegations of the Complaint in respect to the defendant are taken as admitted, as no one has appeared to deny the same.

    Based upon the above findings, it is hereby

    ORDERED AND ADJUDGED that:

    1. Default judgment be and the same is hereby entered against the defendant;

    2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

    3. The defendant is forfeited to the United States of America; and

    4. The United States Marshal Service is hereby directed to dispose of the defendant according to law.

    SO ORDERED this 2nd day of ___June___, 2011.

                                            _/s/ Louise W. Flanagan_
                                            LOUISE W. FLANAGAN
                                            CHIEF UNITED STATES DISTRICT JUDGE